**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**January 30, 2007**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-30033
Summary Calendar

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

RENOLD SCOTT FAULK,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:04-CR-60053-ALL
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Renold Scott Faulk appeals the 121-month sentence he
received following his guilty-plea conviction for receiving child
pornography, in violation of 18 U.S.C. § 2252A.  He argues that
his sentence was unreasonable because the district court failed
to properly weigh the sentencing factors set forth in 18 U.S.C.
§ 3553(a) and imposed a term of imprisonment greater than
necessary to satisfy the sentencing goals set forth in § 3553(a).

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Faulk's sentence was within a properly calculated advisory guideline range and is presumed reasonable.  See United States v. Alonzo, 435 F.3d 551, 554 (5th Cir. 2006).  Giving "great deference" to such a sentence, and recognizing that the sentencing court considered all the factors for a fair sentence under § 3553(a), we conclude that Faulk has failed to rebut the presumption that his sentence was reasonable.  See id. Accordingly, the district court's judgment is AFFIRMED.